Anna Y. Park, CA SBN 164242
Sue Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Jennifer L. Boulton, CA SBN 259076
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DASH DREAM PLANT, INC., and Does 1-10 inclusive,<br>　　　　　Defendant(s). | Case No.: 1:16-CV-01395-DAD-EPG<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

　　　　An Initial Scheduling Conference in this case is currently set for December 20, 2016 at 9:00 a.m. On October 31, 2016, Plaintiff filed an ex parte request to continue the conference, explaining via declaration that Defendants have executed a Waiver of Service of Summons and that that current date for the conference does not provide the parties adequate time to meet and confer under Rule 26(f) of the Federal Rules of Civil Procedure. Based on these facts, the initial scheduling conference shall be continued to **January 23, 2017** at **9:00 a.m.** in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean. The parties shall conduct their Rule

26(f) conference on or before **January 2, 2017**, and their joint scheduling report shall be filed with the Court no later than **January 16, 2017**.

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE