# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DASH DREAM PLANT INC.,<br><br>Defendant. | Case No. 1:16-cv-01395-DAD-EPG<br><br>ORDER REQUIRING DEFENDANT TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT AND SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH THE SCHEDULING ORDER<br><br>DEADLINE: APRIL 24, 2017 |

A settlement conference in this action is set for April 27, 2017, at 9:30 a.m. before the undersigned. (ECF No. 14.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court five court days prior to the conference date. (Id. at 7:15-18.) The Court has timely received the confidential statement from Plaintiff, however no statement has been received from Defendant. This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma. Defendant shall be required to submit a confidential settlement statement by 9:00 a.m. on April 24, 2017.

1

1 | Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Defendant is also required to show cause why sanctions should not issue for the failure to submit a confidential statement in compliance with the January 25, 2017 scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall submit a confidential settlement statement that complies with the January 25, 2017 scheduling conference order by **9:00 a.m. on Monday, April 24, 2017**; and

2. Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the October 16, 2015 scheduling order by **noon on Monday, April 24, 2017**.

IT IS SO ORDERED.

Dated: **April 21, 2017**

UNITED STATES MAGISTRATE JUDGE