# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DASH DREAM PLANT INC.,<br><br>Defendant. | Case No. 1:16-cv-01395-DAD-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 17) |

On April 21, 2017, an order issued requiring Defendant to show cause why sanctions should not issue for the failure to submit a confidential statement in compliance with the January 25, 2017 scheduling order. Plaintiff filed a response to the order to show cause on April 24, 2017. Based upon Defendant's response, the order to show cause issued April 21, 2017, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **April 25, 2017**

UNITED STATES MAGISTRATE JUDGE