# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v<br><br>DASH DREAM PLANT INC.,<br><br>Defendant. | Case No. 1:16-cv-01395-DAD-EPG<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>FOURTEEN DAY DEADLINE |

This action was filed on September 20, 2016. On April 27, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file a consent decree within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **April 27, 2017**

UNITED STATES MAGISTRATE JUDGE

1