Anna Y. Park, CA SBN 164242
Sue Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Jennifer L. Boulton, CA SBN 259076
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


Raimondo & Associates, A Law Corporation
Anthony Raimondo, CA SBN 200387
apr@raimondoassociates.com
Gerardo V. Hernandez, CA SBN 292809
gvh@raimondoassociates.com
7080 N. Marks Avenue, Suite 117
Fresno, California 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242

Attorneys for Defendant
Dash Dream Plant, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DASH DREAM PLANT, INC., and Does 1-10 inclusive,<br><br>Defendant(s). | Case No.: 1:16-CV-01395-DAD-EPG<br><br>**JOINT STATUS UPDATE AND REQUEST FOR EXTENSION OF TIME; ORDER** |

/ / /

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendant Dash Dream Plant, Inc. ("Defendant") by and through their counsel of record, hereby submit a Joint Status Report and Request for Extension of Time to the Court.

On April 27, 2017, the parties participated in a settlement conference before the Honorable Stanley A. Boone. On April 28, 2017, the parties were served with an Order from this Court ordering the filing of a consent decree within fourteen (14) days from the date of service—*to wit*, by May 12, 2017.

The parties need a brief extension to finalize the consent decree and other settlement documents for filing. Accordingly, the parties respectfully request that this Court grant a brief extension until May 31, 2017, to allow the parties to finalize the settlement pursuant to the proposed consent decree. The parties agree to submit another status report if the finalized settlement documents are not filed with the Court by May 31, 2017.

Respectfully submitted,

Dated: May 12, 2017        /s/ *Jennifer L. Boulton*
                           Jennifer L. Boulton,
                           Trial Attorney
                           U.S. EQUAL EMPLOYMENT
                           OPPORTUNITY COMMISSION

Dated: May 11, 2017        /s/ *Gerardo V. Hernandez*
                           Gerardo V. Hernandez
                           Attorney for Defendant
                           Dash Dream Plant Inc.

**ORDER**

**GOOD CAUSE APPEARING:**

The Court hereby grants the parties' requested extension and orders the parties to file the settlement documents or a status update by May 31, 2017.

IT IS SO ORDERED.

Dated: __**May 12, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE