Anna Y. Park, CA SBN 164242
Sue Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Jennifer L. Boulton, CA SBN 259076
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Raimondo & Associates, A Law Corporation
Anthony Raimondo, CA SBN 200387
apr@raimondoassociates.com
Gerardo V. Hernandez, CA SBN 292809
gvh@raimondoassociates.com
7080 N. Marks Avenue, Suite 117
Fresno, California 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242

Attorneys for Defendant
Dash Dream Plant, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DASH DREAM PLANT, INC., and Does 1-10 inclusive,<br>　　　　Defendant(s). | Case No.: 1:16-CV-01395-DAD-EPG<br><br>**JOINT STATUS UPDATE AND REQUEST FOR EXTENSION OF TIME; ORDER** |

///

-1-

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendant Dash Dream Plant, Inc. ("Defendant") by and through their counsel of record, hereby submit a Joint Status Report and Request for Extension of Time to the Court.

The parties respectfully request that this Court grant the parties' request for a thirty (30) day extension of time from the current deadline of August 31, 2017 to file the final settlement documents as good cause exists for such an extension. As relevant here, since the parties' April 27, 2017 settlement conference, the parties have worked towards finalizing the proposed consent decree and to that end, have exchanged drafts of the proposed decree. While the parties are committed to finalizing the decree, the parties' efforts have been delayed due to heavy workloads and prescheduled vacation/leave time. Since the parties last update, the parties have exchanged a draft of the proposed consent decree and met telephonically to narrow the disputed areas. While the parties have made progress, additional time is needed finalize the consent decree, particularly with respect to the guaranties. Additional time is also needed so that the parties can focus on resolving this matter as opposed to diverting attention and resources towards litigating this matter. Providing the parties with addition time would not only help to preserve the parties' resources but also help to preserve the Court's limited resources.

As such, the parties respectfully request that the Court, for good cause, grant the parties' request for an extension of time.

Respectfully submitted,

Dated: August 31, 2017  /s/ *Jennifer L. Boulton*
Jennifer L. Boulton,
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: August 30, 2017  /s/ *Gerardo v. Hernandez*
Gerardo V. Hernandez
Attorney for Defendant
Dash Dream Plant Inc.

**ORDER**

**NO GOOD CAUSE APPEARING:**

The Court hereby denies the requested extension. The parties were granted a number of extensions in this case and were forewarned that future extensions would not be granted absent good cause. The "cause" described here is typical of litigation practice and is not a basis for a further extension. While Rome was not built in a day, it was built. Six months after the settlement conference is more than sufficient time. This case was will now be the primary attention of the parties.

The parties' joint request to file the settlement documents or file a status report by October 2, 2017 is DENIED.

However, the parties shall have until **Tuesday, September 12, 2017** to file their dispositional documents.

IT IS SO ORDERED.

Dated:   **August 31, 2017**

UNITED STATES MAGISTRATE JUDGE