# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DASH DREAM PLANT, INC.,<br><br>Defendant. | Case No.: 1:16-cv-01395-DAD-EPG<br><br>ORDER RE JOINT STIPULATION FOR ADDITIONAL TIME TO FILE MOTION FOR COURT'S APPROVAL OF CONSENT DECREE<br><br>(ECF No. 37) |

Pursuant to the stipulation of the parties and for good cause the Court grants the parties an extension until September 19, 2017, to file the motion for the Court's approval on the proposed consent decree.

IT IS SO ORDERED.

Dated: __**September 12, 2017**__

UNITED STATES MAGISTRATE JUDGE